GRAHAM *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVE-
LAND STRAIGHT LINE RAILROAD COMPANY.

*Friday,
December 5.*

APPEAL from the *Daviess* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed with costs, and the cause remanded for further proceedings, on the authority of *Indiana Central Railway Company* v. *Hunter,* at this term (1).

*O. H. Smith,* for the appellant.

*L. Q. De Bruler* and *R. A. Clements, Jr.,* for the appellee.

(1) *Ante,* 74.